WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBERT CHAFFEE**,　　　　　　　　　　　　　Case No. 1:11-cv-01122-HZ

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security**,

    Defendant.

_____

    Attorney fees in the amount of $3,869.01 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

    DATED this _26_ day of ___Dec.___, 201_2_.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　MARCO A. HERNANDEZ

Submitted on December 24, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1